■ JOAN M. REIS, by RUTH REIS, Her Guardian ad Litem, et al., Respondents, v. ROBERT BADIAN, Appellant.— Appeal by defendant from an order of the Supreme Court at Special Term which granted plaintiffs' motion to modify a prior order of the court conditionally dismissing the complaint for failure to prosecute the action. It does not appear upon the record before us that the failure to show merit to the plaintiffs' action was raised by defendant in opposition to the motion to modify the prior order of dismissal. In the circumstances presented we think that Special Term did not improvidently exercise its discretion. (*Salvaggio* v. *California Packing Co.*, 12 A D 2d 557.) Order unanimously affirmed, without costs. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ LOUVIE REALTY CORPORATION, Appellant, v. DWORMAN REALTY AND CONSTRUCTION Co. INC., Respondent.— The aggregate amount of all damages which, in our view, might under any circumstances be proved would not exceed the $35,000, which has already been paid on account and retained by plaintiff. Judgment unanimously affirmed, with costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of REBA KURLAN, as Executrix of NORMA OLDEN, Deceased, Respondent, v. CONOVER MAST PUBLICATIONS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Award affirmed, with costs to the Workmen's Compensation Board (*Matter of Schechter* v. *State Ins. Fund*, 6 N Y 2d 506). Bergan, P. J., Coon, Gibson and Taylor, JJ., concur; Herlihy J., dissents and votes to reverse and dismiss the claim, in the following memorandum: The record does not sustain the finding of the board that decedent's death was due to "unusual, involved physical exertion and emotional and mental stress constituting an undue strain on decedent's heart and hastened death". The record demonstrates that death was due to ordinary wear and tear of life and that there was no accident as determined "by the common-sense viewpoint of the average man." (*Matter of Masse* v. *Robinson Co.*, 301 N. Y. 34, 37).